## EL PUEBLO *v.* SÁNCHEZ.

APELACIÓN procedente de la Corte de Distrito de Mayagüez.

No. 105.—Resuelto en noviembre 8, 1907.

APELACIÓN — PLIEGO DE EXCEPCIONES — RELACIÓN DE HECHOS — ERRORES MANIFIESTOS.—No habiendo pliego de excepciones, ni relación de hechos, y no apareciendo de los autos que se haya cometido error alguno que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció:

El Juez Asociado Sr. Hernández, emitió la opinión del tribunal.

La presente causa se originó en la corte municipal de Mayagüez, á virtud de denuncia contra los individuos Ramón Sánchez, Víctor Echavarría, Lorenzo Rosas, Eladio Henríquez, Juan Defilló, Manuel Franco Figueroa y Ramón Santana, por haber sido sorprendidos jugando al monte, y terminó por sentencia absolutoria respecto de Santana y condenatoria en cuanto á los demás, habiendo interpuesto éstos, contra la misma, recurso de apelación para ante la Corte de Distrito de Mayagüez, la que, mediante la celebración de nuevo juicio, condenó á cada uno de los apelantes, en 9 de marzo del corriente año, á la pena de cien dollars de multa ó, en defecto, á noventa días de cárcel y costas.

También esa sentencia fué apelada, sin que haya venido á esta Corte Suprema pliego de excepciones, ni exposición del caso, ni tampoco los apelantes hayan hecho en su defensa, por sí ó por medio de abogado, alegación alguna escrita ni oral.

Examinado detenidamente el récord, no aparece que se haya cometido por la corte inferior error alguno que vicie de nulidad la sentencia pronunciada; y antes por el contrario han tenido debida aplicación los artículos 299 del Código Penal y 322 del Código de Enjuiciamiento Criminal, procediendo en su consecuencia la confirmación de la sentencia apelada con las costas del recurso también á cargo de los apelantes.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Figueras, MacLeary y Wolf.